Joel M. Feinstein, Esq. SBN: 177546
*jfeinstein@joelfeintsteinlaw.com*
Chris T. Nguyen, Esq. SBN: 259922
*chris.nguyen@joefeinsteinlaw.com*
Law Offices of Joel M. Feinstein, APC
2021 Business Center Drive, Suite 213
Irvine, CA 92612
Tel.: (949) 419-8912
Fax:  (888) 900-5155

Attorney for Plaintiffs,
Jeffery Yost and Kariesha Arnold

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| JEFFREY YOST; and KARIESHA ARNOLD,<br><br>           Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC; GOVERNMENT NATIONAL MORTGAGE ASSOCIATION; and DOES 1 – 10, inclusive,<br><br>           Defendant. | **Case No.: 1:13-cv-00745-AWI-SAB**<br>Assigned to Hon. Stanley A. Boone<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br><br>Hearing Date:<br>Date:   October 10, 2013<br>Time:   9:30 am<br>Ctrm:   9 |

    Pursuant to the written request by counsel for Plaintiffs, Jeffrey Yost and Kariesha Arnold, to telephonically attend the hearing for the Scheduling Conference set for October 10, 2013 at 9:30 am, this Court hereby grants such request.

    The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: **October 4, 2013**

UNITED STATES MAGISTRATE JUDGE