UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| JEFFREY YOST; and KARIESHA ARNOLD,<br><br>  Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC; GOVERNMENT NATIONAL MORTGAGE ASSOCIATION; and DOES 1 -10, inclusive,<br><br>  Defendant. | Case No. 1:13-cv-00745-AWI-SAB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**THE COURT**, having considered the stipulation to extend time to respond to plaintiffs' first amended complaint filed by the parties on October 23, 2013, hereby approves the stipulation.  Defendants Nationstar Mortgage LLC and Government National Mortgage Association shall have up to November 22, 2013 to file a response to plaintiffs' first amended complaint.

IT IS SO ORDERED.

Dated:  **October 24, 2013**                    _____
                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**AKERMAN SENTERFITT LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342