Joel M. Feinstein, Esq. SBN: 177546
*jfeinstein@joelfeintsteinlaw.com*
Chris T. Nguyen, Esq. SBN: 259922
*chris.nguyen@joefeinsteinlaw.com*
Law Offices of Joel M. Feinstein, APC
2021 Business Center Drive, Suite 213
Irvine, CA 92612
Tel.: (949) 419-8912
Fax:  (888) 900-5155

Attorney for Plaintiffs,
Jeffery Yost and Kariesha Arnold

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| JEFFREY YOST; and KARIESHA ARNOLD,<br><br>         Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC; GOVERNMENT NATIONAL MORTGAGE ASSOCIATION; and DOES 1 – 10, inclusive,<br><br>         Defendant. | Case No.: 1:13-cv-00745-AWI-SAB<br><br>*Honorable Anthony W. Ishii*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>*[Filed Concurrently with Stipulation for Dismissal]* |

Pursuant to the Stipulation of the Parties herein, and for good cause appearing, **THE COURT ORDERS AS FOLLOWS:**

   1. The entire action is dismissed WITH PREJUDICE.

///

///

///

**IT IS ORDERED AND ADJUDGED** that a Judgment of Dismissal with Prejudice is entered in favor of Defendants, NATIONSTAR MORTGAGE, LLC and GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, and against Plaintiffs JEFFREY YOST; and KARIESHA ARNOLD.

IT IS SO ORDERED.

Dated:   November 6, 2013                    _____
                                             SENIOR  DISTRICT  JUDGE